B6A (Official Form 6A) (12/07)

In re:  Charles Michael Swan                                   ,      Case No.  14-41486 MEH
        **Debtor**                                                                (If known)

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 39057 Mount Vernon Fremont, CA 94538 | Fee Owner | | 400, 749.00 | $ 539,166.00 |
| 39077 Mount Vernon Fremont, CA 94538 | Fee Owner | | $ 445,000.00 | $ 473,034.00 |
| 39085 Mount Vernon Fremont, CA 94538 | Fee Owner | | $ 444,679.00 | $ 658,995.00 |
| | | Total ➤ | $ 889,679.00 | |

(Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re **Charles Michael Swan**,     Case No. **14-41486 MEH**
       Debtor                                                      **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Chase Bank Personal 3070** | | **Not Ascertained** |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Chase Business # 3047** | | **0.00** |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Chase Rental Properties # 3054** | | **Not Known** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Ordinary household goods and furnishings.** | | **800.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Debtor's personal wardrobe.** | | **200.00** |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

In re **Charles Michael Swan** , Case No. **14-41486 MEH**
Debtor **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1969 VW** | | **500.00** |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **1984 Mercedes 350 SL** | | **2,000.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | | **Office computer, desks, chairs, peripherals, and supplies.** | | **2,200.00** |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

**B6B (Official Form 6B) (12/07) -- Cont.**

In re **Charles Michael Swan**,     Case No. **14-41486 MEH**
                                    Debtor                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | 2 continuation sheets attached     Total ➢ | | $ 5,700.00 |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

**B6C (Official Form 6C) (4/10)**

In re **Charles Michael Swan**,
                    Debtor

Case No. **14-41486 MEH**
                (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. § 522(b)(2)
☒ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $146,450.*

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| **1969 VW** | **C.C.P. § 703.140(b)(3)** | 500.00 | 500.00 |
| **1984 Mercedes 350 SL** | **C.C.P. § 703.140(b)(2)** | 2,000.00 | 2,000.00 |
| **Debtor's personal wardrobe.** | **C.C.P. § 703.140(b)(3)** | 200.00 | 200.00 |
| **Office computer, desks, chairs, peripherals, and supplies.** | **C.C.P. § 703.140(b)(6)** | 2,200.00 | 2,200.00 |
| **Ordinary household goods and furnishings.** | **C.C.P. § 703.140(b)(3)** | 800.00 | 800.00 |

*\* Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**B6D (Official Form 6D) (12/07)**

In re **Charles Michael Swan**                                    ,        Case No.  **14-41486 MEH**
                          **Debtor**                                                              **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5972<br>**Bank of America**<br>**450 American Street**<br>**Simi Valley, CA 93065** | | | 01/19/2012<br>**Deed of Trust**<br>**39085 Mount Vernon**<br>**Fremont, CA 94538**<br><br>**VALUE $444,679.00** | | | | 49,984.00 | 0.00 |
| ACCOUNT NO. 5980<br>**Bank of America**<br>**450 Simi American Street**<br>**Simi Valley, CA 93065** | | | **February 15, 2012**<br>**Deed of Trust**<br>**39085 Mount Vernon**<br>**Fremont, CA 94538**<br><br>**VALUE $444,679.00** | | | | 609,011.00 | 0.00 |
| ACCOUNT NO. 4472<br>**Ocwen Loan Servicing**<br>**12650 Ingenuity Drive**<br>**Orlando, FL 32826** | | | 08/31/2006<br>**Deed of Trust**<br>**39077 Mount Vernon**<br>**Fremont, CA 94538**<br><br>**VALUE $445,000.00** | | | | 473,034.00 | 28,034.00 |
| ACCOUNT NO. 0862<br>**PNC Bank**<br>**1 Cascade Plaza**<br>**Akron, OH 44308** | | | **June 28, 2007**<br>**Deed of Trust**<br>**39057 Mount Vernon**<br>**Fremont, CA 94538**<br><br>**VALUE: 400, 749.00** | | | | 480,000.00 | 0.00 |

_1_   continuation sheets attached

                                                       Subtotal ➢
                                                       (Total of this page)        $ **1,612,029.00**  $ **28,034.00**

                                                       Total ➢
                                                       (Use only on last page)     $                  $

                                                       (Report also on Summary of   (If applicable, report
                                                       Schedules)                   also on Statistical
                                                                                    Summary of Certain
                                                                                    Liabilities and
                                                                                    Related Data.)

**B6D (Official Form 6D) (12/07)- Cont.**

In re  **Charles Michael Swan**                                ,      Case No.    **14-41486 MEH**
                              **Debtor**                                                        **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 6702<br>**PNC Mortgage**<br>**6 N Main Street**<br>**Dayton, OH 45402** | | | **06/06/2007**<br>**Deed of Trust**<br>**39057 Mount Vernon**<br>**Fremont, CA 94538**<br>**VALUE: 400, 749.00** | | | | 59,166.00 | 0.00 |

Sheet no. 1 of 1 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ➤
(Total of this page)    $ 59,166.00   $ 0.00

Total ➤
(Use only on last page)   $ 1,671,195.00  $ 28,034.00

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (4/10)

In re   **Charles Michael Swan**                              Case No.  **14-41486 MEH**
                              Debtor                                         (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐   **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐   **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐   **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐   **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐   **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐   **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑   **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐   **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐   **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**1**  continuation sheets attached

In re **Charles Michael Swan**, Case No. **14-41486 MEH**
Debtor (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Type of Priority: Taxes and Certain Other Debts Owed to Governmental Units**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**EDD**<br>**PO Box 826880, MIC 83**<br>**Sacramento, CA 94280-0011** | | | **Payroll Taxes 2009 - 2011** | | | | 2,790.60 | 2,790.60 | $0.00 |
| ACCOUNT NO.<br>**Internal Revenue Service**<br>**Insolvency Section**<br>**PO Box 7346**<br>**Philadelphia, PA 19101** | | | **2005 - 2011 Income Taxes** | | | | 135,027.00 | 135,027.00 | $0.00 |
| ACCOUNT NO.<br>**Internal Revenue Service**<br>**Insolvency Section**<br>**PO Box 7346**<br>**Philadelphia, PA 19101** | | | **Payroll Taxes 2005 - 2011** | | | | 31,938.17 | 31,938.17 | $0.00 |

Sheet no. 1 of 1 continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals ➢ (Totals of this page) $ **169,755.77** | $ **169,755.77** | $ **0.00**

Total ➢ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $ **169,755.77**

Total ➢ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) $ **169,755.77** | $ **0.00**

B6F (Official Form 6F) (12/07)

In re **Charles Michael Swan** , Case No. **14-41486 MEH**
　　　　　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐　Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1059** <br> **Alliance One Inc.** <br> **6565 Kimball Drive** <br> **Gig Harbor, WA 98335** | | | **03/29/2011** <br> **Miscellaneous credit transactions.** | | | X | **300.00** |
| ACCOUNT NO. **2112** <br> **Capital One** <br> **PO Box 85520** <br> **Richmond, VA 23285** | | | **05/04/2004** <br> **Miscellaneous credit transactions.** | | | X | **804.00** |
| ACCOUNT NO. **431** <br> **Capital One** <br> **PO Box 85520** <br> **Richmond, VA 23285** | | | **06/19/2001** <br> **Miscellaneous credit transactions.** | | | X | **1,361.00** |
| ACCOUNT NO. **9416** <br> **Capital One** <br> **PO Box 85520** <br> **Richmond, VA 23285** | | | **10/12/1994** <br> **Miscellaneous credit transactions.** | | | X | **3,719.00** |
| ACCOUNT NO. **8782** <br> **CBNA** <br> **PO Box 6497** <br> **Sioux Falls, SD 57117** | | | **01/22/2008** <br> **Miscellaneous credit transactions.** | | | X | **16,111.00** |

　　2　Continuation sheets attached

Subtotal ▶ $ **22,295.00**

Total ▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re **Charles Michael Swan** , Case No. **14-41486 MEH**
                    Debtor                                        **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 6982<br>**Equable Ascent Financial**<br>**1120 W. Lake Cook Rd**<br>**Buffalo Grove, IL 60089** | | | **06/17/2009**<br>**Miscellaneous credit transactions.** | | | X | **11,201.00** |
| ACCOUNT NO. 2827<br>**Financial Credit Network**<br>**1300 W. Main Street**<br>**Visalia, CA 93291** | | | **06/15/2011**<br>**Miscellaneous credit transactions.** | | | X | **400.00** |
| ACCOUNT NO. 0520<br>**Macy's**<br>**9111 Duke Blvd.**<br>**Mason, OH 45040** | | | **03/01/2009**<br>**Miscellaneous credit transactions.** | | | X | **315.00** |
| ACCOUNT NO. 3070<br>**Midland Credit Mgmt**<br>**8875 Aero Drive**<br>**San Diego, CA 92123** | | | **11/01/2008**<br>**Miscellaneous credit transactions.** | | | X | **3,037.00** |
| ACCOUNT NO. 4215<br>**Midland Credit Mgmt.**<br>**8875 Aero Drive**<br>**San Diego, CA 92123** | | | **10/01/2008**<br>**Miscellaneous credit transactions.** | | | X | **12,316.00** |

      2 Continuation sheets attached

Sheet no. 1 of 2 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➢ $ **27,269.00**

Total ➢ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Charles Michael Swan** ,
Debtor

Case No. **14-41486 MEH**
(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 1394 <br> **Pinnacle Credit Services** <br> 7900 Highway 7 #100 <br> Saint Louis Park, MN 55426 | | | 11/01/2008 <br> **Miscellaneous Credit Transactions.** | | | X | 12,245.00 |
| ACCOUNT NO. 8901 <br> **Professional Recovery** <br> 190 South Orchard, Suite 250 <br> Vacaville, CA 95688 | | | 07/20/2012 <br> **Miscellaneous credit transactions** | | | X | 298.00 |
| ACCOUNT NO. 4421 <br> **Professional Recovery** <br> 190 South Orchard, Suite 250 <br> Vacaville, CA 95688 | | | 04/21/2010 <br> **Miscellaneous credit transactions.** | | | X | 3,110.00 |
| ACCOUNT NO. 6464 <br> **Professional Recovery** <br> 190 South Orchard, Suite 250 <br> Vacaville, CA 95688 | | | 12/21/2009 <br> **Miscellaneous credit transactions.** | | | X | 1,008.00 |
| ACCOUNT NO. 3685 <br> **Professional Recovery** <br> 190 South Orchard, Suite 250 <br> Vacaville, CA 95688 | | | 11/23/2009 <br> **Miscellaneous credit transactions.** | | | X | 2,704.00 |

2 Continuation sheets attached

Sheet no. 2 of 2 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➢ $ 19,365.00

Total ➢ $ 68,929.00
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

Case: 14-41486    Doc# 10    Filed: 04/21/14    Entered: 04/21/14 23:37:29    Page 12 of 14

**B6G (Official Form 6G) (12/07)**

In re: <u>Charles Michael Swan</u>,  Case No. <u>14-41486 MEH</u>
                Debtor                          (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

**B6H (Official Form 6H) (12/07)**

In re: **Charles Michael Swan**, Case No. **14-41486 MEH**
Debtor (If known)

# SCHEDULE H - CODEBTORS

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |